IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEX WHITE, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION 16-00365-KD-M |
| v. | : | |
| | : | CRIMINAL ACTION 15-00138-KD-M |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Vacate (Doc. 50) be DENIED, that this action be DISMISSED, and that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this   14th   day of   November  , 2016.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

ALEX WHITE,                           :

    Petitioner,                   :
                                        CIVIL ACTION 16-00365-KD-M
v.                                    :
                                  CRIMINAL ACTION 15-00138-KD-M
UNITED STATES OF AMERICA,             :

    Respondent.                   :

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Vacate (Doc. 50) be DENIED, that this action be DISMISSED, and that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this  14th  day of  November , 2016.

                                                   s/ Kristi K. DuBose
                                                 KRISTI K. DuBOSE
                                                 UNITED STATES DISTRICT JUDGE